UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO BARCENAS,                                           :
                                          Plaintiff,        :
                                                            :      20 Civ. 1924 (LGS)
                  -against-                                 :
                                                            :              ORDER
ERMINIA RESTAURANT CORP., et al.,                           :
                                          Defendant.        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the Complaint on March 4, 2020 (Dkt. No. 1);

WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service;

WHEREAS, the Order dated April 7, 2020, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference (Dkt. No. 10);

WHEREAS, the initial pretrial conference is currently scheduled for May 21, 2020, at 10:40 a.m.;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 18, 2020**, at **noon**.  If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and requesting an adjournment of the initial conference as soon as possible and no later than **May 18, 2020**, at **noon**.

Dated: May 15, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**