# EXHIBIT C

**ERMINIA CORP**
**DBA LATTANZI RESTAURANT**

10806

RICARDO RICARDO BARCENAS [redacted] 1/5/20 1/9/20

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 22.52 | 225.20 | Gross | 225.20 | 478.50 |
| | | | | Tips | 737.58 | 1,717.93 |
| | | | | Fed_Income | -83.12 | -221.10 |
| | | | | Soc_Sec | -59.69 | -136.18 |
| | | | | Medicare | -13.96 | -31.85 |
| | | | | State | -42.60 | -101.70 |
| | | | | Local | -29.47 | -70.19 |
| | | | | | -0.60 | -1.20 |
| | | | | SDI | -0.29 | -0.61 |
| | | | | PFL | | |

10806 478.50 $733.05 22.52

**ERMINIA CORP**
**DBA LATTANZI RESTAURANT**

10689

RICARDO RICARDO BARCENAS [redacted] 12/24/19 12/24/19

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 20.16 | 201.60 | Gross | 201.60 | 1,987.10 |
| | | | | Tips | 802.28 | 6,789.60 |
| | | | | Fed_Income | -89.59 | -1,031.47 |
| | | | | Soc_Sec | -62.24 | -544.16 |
| | | | | Medicare | -14.56 | -127.27 |
| | | | | State | -45.60 | -418.56 |
| | | | | Local | -31.18 | -285.88 |
| | | | | | -0.60 | -4.80 |
| | | | | SDI | -0.26 | -2.53 |
| | | | | PFL | | |

10689 1987.10 $759.85 20.16

**ERMINIA CORP**
**DBA LATTANZI RESTAURANT**

10636

RICARDO RICARDO BARCENAS [redacted] 12/15/19 12/18/19

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 13.61 | 136.10 | Gross | 136.10 | 1,785.50 |
| | | | | Tips | 525.44 | 5,987.32 |
| | | | | Fed_Income | -47.50 | -941.88 |
| | | | | Soc_Sec | -41.02 | -481.92 |
| | | | | Medicare | -9.59 | -112.71 |
| | | | | State | -24.34 | -372.96 |
| | | | | Local | -16.97 | -254.70 |
| | | | | | -0.60 | -4.20 |
| | | | | SDI | -0.17 | -2.27 |
| | | | | PFL | | |

10636 1785.50 $521.35 13.61

ERMINIA CORP
DBA LATTANZI RESTAURANT

10580

| | | | | | | |
|---|---|---|---|---|---|---|
| RICARDO | RICARDO BARCENAS | | [redacted] | 12/8/19 | 12/12/19 | |
| Regular | 10.00 | 35.67 | 356.70 | Gross | 356.70 | 1,649.40 |
| | | | | Tips | 1,485.76 | 5,461.88 |
| | | | | Fed_Income | -274.08 | -894.38 |
| | | | | Soc_Sec | -114.23 | -440.90 |
| | | | | Medicare | -26.72 | -103.12 |
| | | | | State | -97.97 | -348.62 |
| | | | | Local | -66.54 | -237.73 |
| | | | | | -0.60 | -3.60 |
| | | | | SDI | -0.45 | -2.10 |
| | | | | PFL | | |
| | 10580 | | 1649.40 | | $1,261.87 | 35.67 |

ERMINIA CORP
DBA LATTANZI RESTAURANT

10753

| | | | | | | |
|---|---|---|---|---|---|---|
| RICARDO | RICARDO BARCENAS | | [redacted] | 12/29/19 | 1/3/20 | |
| Regular | 10.00 | 25.33 | 253.30 | Gross | 253.30 | 253.30 |
| | | | | Tips | 980.35 | 980.35 |
| | | | | Fed_Income | -137.98 | -137.98 |
| | | | | Soc_Sec | -76.49 | -76.49 |
| | | | | Medicare | -17.89 | -17.89 |
| | | | | State | -59.10 | -59.10 |
| | | | | Local | -40.72 | -40.72 |
| | | | | | -0.60 | -0.60 |
| | | | | SDI | -0.32 | -0.32 |
| | | | | PFL | | |
| | 10753 | | 253.30 | | $900.55 | 25.33 |

ERMINIA CORP
DBA LATTANZI RESTAURANT

10840

| | | | | | | |
|---|---|---|---|---|---|---|
| RICARDO | RICARDO BARCENAS | | [redacted] | 1/3/20 | 1/3/20 | |
| Regular | 10.00 | 17.43 | 174.30 | Gross | 174.30 | 652.80 |
| | | | | Tips | 447.72 | 2,165.65 |
| | | | | Fed_Income | -42.23 | -263.33 |
| | | | | Soc_Sec | -38.57 | -174.75 |
| | | | | Medicare | -9.02 | -40.87 |
| | | | | State | -21.85 | -123.55 |
| | | | | Local | -15.33 | -85.52 |
| | | | | | -0.60 | -1.80 |
| | | | | SDI | -0.22 | -0.83 |
| | | | | PFL | | |
| | 10840 | | 652.80 | | $494.20 | 17.43 |

ERMINIA CORP
DBA LATTANZI RESTAURANT

10527

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RICARDO | RICARDO BARCENAS | | | [redacted] | 12/2/19 | 12/2/19 | | |
| Regular | 10.00 | 25.66 | 256.60 | Gross | | | 256.60 | 1,292.70 |
| | | | | Tips | | | 765.61 | 3,976.12 |
| | | | | Fed_Income | | | -93.63 | -620.30 |
| | | | | Soc_Sec | | | -63.38 | -326.67 |
| | | | | Medicare | | | -14.82 | -76.40 |
| | | | | State | | | -46.74 | -250.65 |
| | | | | Local | | | -31.94 | -171.19 |
| | | | | | | | -0.60 | -3.00 |
| | | | | SDI | | | -0.33 | -1.65 |
| | | | | PFL | | | | |

| | | | |
|---|---|---|---|
| 10527 | 1292.70 | $770.77 | 25.66 |

ERMINIA CORP
DBA LATTANZI RESTAURANT

10472

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RICARDO | RICARDO BARCENAS | | | [redacted] | 11/24/19 | 11/27/19 | | |
| Regular | 10.00 | 25.24 | 252.40 | Gross | | | 252.40 | 1,036.10 |
| | | | | Tips | | | 811.13 | 3,210.51 |
| | | | | Fed_Income | | | -102.72 | -526.67 |
| | | | | Soc_Sec | | | -65.94 | -263.29 |
| | | | | Medicare | | | -15.42 | -61.58 |
| | | | | State | | | -49.30 | -203.91 |
| | | | | Local | | | -33.66 | -139.25 |
| | | | | | | | -0.60 | -2.40 |
| | | | | SDI | | | -0.32 | -1.32 |
| | | | | PFL | | | | |

| | | | |
|---|---|---|---|
| 10472 | 1036.10 | $795.57 | 25.24 |

**ERMINIA CORP**
**DBA LATTANZI RESTAURANT**

77837

| | |
|---|---|
| Miscellaneous Expense | 110.07 |

| | | | |
|---|---|---|---|
| 11/4/19 | 77837 | RICARDO BARCENAS | $110.07 |