# EXHIBIT D

# Erminia
## Quarterly Earnings Report
## For the Period From Oct 1, 2019 to Dec 31, 2019

Filter Criteria includes: 1) Employee IDs: RICARDO BARCENAS. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No | Date<br>Reference | Amount | Gross<br>Soc_Sec<br>SDI<br>FUTA_ER | Tips<br>Medicare<br>PFL<br>SUI_ER | Garnishment<br>State<br>Soc_Sec_ER<br>St2_Unemp_ | Fed_Income<br>Local<br>Medicare_ER |
|---|---|---|---|---|---|---|
| RICARDO BARCENAS | 11/5/19 | 541.51 | 212.50 | 511.39 | | -74.37 |
| RICARDO BARCENAS | 10301 | | -44.88 | -10.50 | -30.60 | -21.16 |
| [redacted] | | | -0.60 | -0.27 | -44.88 | -10.50 |
| | | | -4.34 | -15.93 | | |
| RICARDO BARCENAS | 11/13/19 | 762.43 | 241.00 | 833.15 | | -140.59 |
| RICARDO BARCENAS | 10359 | | -66.60 | -15.58 | -52.35 | -35.69 |
| [redacted] | | | -0.60 | -0.31 | -66.60 | -15.58 |
| | | | -6.44 | -23.63 | | |
| RICARDO BARCENAS | 11/21/19 | 948.68 | 330.20 | 1,054.84 | | -208.99 |
| RICARDO BARCENAS | 10414 | | -85.87 | -20.08 | -71.66 | -48.74 |
| [redacted] | | | -0.60 | -0.42 | -85.87 | -20.08 |
| | | | -8.31 | -30.47 | | |
| RICARDO BARCENAS | 11/27/19 | 795.57 | 252.40 | 811.13 | | -102.72 |
| RICARDO BARCENAS | 10472 | | -65.94 | -15.42 | -49.30 | -33.66 |
| [redacted] | | | -0.60 | -0.32 | -65.94 | -15.42 |
| | | | -6.38 | -23.40 | | |
| RICARDO BARCENAS | 12/2/19 | 770.77 | 256.60 | 765.61 | | -93.63 |
| RICARDO BARCENAS | 10527 | | -63.38 | -14.82 | -46.74 | -31.94 |
| [redacted] | | | -0.60 | -0.33 | -63.38 | -14.82 |
| | | | -6.13 | -22.49 | | |
| RICARDO BARCENAS | 12/12/19 | 1,261.87 | 356.70 | 1,485.76 | | -274.08 |
| RICARDO BARCENAS | 10580 | | -114.23 | -26.72 | -97.97 | -66.54 |
| [redacted] | | | -0.60 | -0.45 | -114.23 | -26.72 |
| | | | -10.39 | -40.53 | | |
| RICARDO BARCENAS | 12/18/19 | 521.35 | 136.10 | 525.44 | | -47.50 |
| RICARDO BARCENAS | 10636 | | -41.02 | -9.59 | -24.34 | -16.97 |
| [redacted] | | | -0.60 | -0.17 | -41.02 | -9.59 |
| | | | | -14.55 | | |
| RICARDO BARCENAS | 12/24/19 | 759.85 | 201.60 | 802.28 | | -89.59 |
| RICARDO BARCENAS | 10689 | | -62.24 | -14.56 | -45.60 | -31.18 |
| [redacted] | | | -0.60 | -0.26 | -62.24 | -14.56 |
| | | | | -22.09 | | |
| Total 10/1/19 thru 12/31/19 | | 6,362.03 | 1,987.10 | 6,789.60 | | -1,031.47 |
| | | | -544.16 | -127.27 | -418.56 | -285.88 |
| | | | -4.80 | -2.53 | -544.16 | -127.27 |
| | | | -41.99 | -193.09 | | |
| Report Date Total for RICARDO BARCENAS | | 6,362.03 | 1,987.10 | 6,789.60 | | -1,031.47 |
| | | | -544.16 | -127.27 | -418.56 | -285.88 |
| | | | -4.80 | -2.53 | -544.16 | -127.27 |
| | | | -41.99 | -193.09 | | |
| YTD Total for RICARDO BARCENAS | | 6,362.03 | 1,987.10 | 6,789.60 | | -1,031.47 |
| | | | -544.16 | -127.27 | -418.56 | -285.88 |
| | | | -4.80 | -2.53 | -544.16 | -127.27 |
| | | | -41.99 | -193.09 | | |
| Summary Total 10/1/19 thru 12/31/19 | | 6,362.03 | 1,987.10 | 6,789.60 | | -1,031.47 |
| | | | -544.16 | -127.27 | -418.56 | -285.88 |
| | | | -4.80 | -2.53 | -544.16 | -127.27 |
| | | | -41.99 | -193.09 | | |

# Erminia
## Quarterly Earnings Report
## For the Period From Oct 1, 2019 to Dec 31, 2019

Filter Criteria includes: 1) Employee IDs: RICARDO BARCENAS. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No | Date<br>Reference | Amount | Gross<br>Soc_Sec<br>SDI<br>FUTA_ER | Tips<br>Medicare<br>PFL<br>SUI_ER | Garnishment<br>State<br>Soc_Sec_ER<br>St2_Unemp_ | Fed_Income<br>Local<br>Medicare_ER |
|---|---|---|---|---|---|---|
| Report Date Final Total<br>10/1/19 thru 12/31/19 | | 6,362.03 | 1,987.10<br>-544.16<br>-4.80<br>-41.99 | 6,789.60<br>-127.27<br>-2.53<br>-193.09 | <br>-418.56<br>-544.16 | -1,031.47<br>-285.88<br>-127.27 |
| Final YTD Total | | 6,362.03 | 1,987.10<br>-544.16<br>-4.80<br>-41.99 | 6,789.60<br>-127.27<br>-2.53<br>-193.09 | <br>-418.56<br>-544.16 | -1,031.47<br>-285.88<br>-127.27 |

# Erminia
## Quarterly Earnings Report
## For the Period From Jan 1, 2020 to Mar 31, 2020

Filter Criteria includes: 1) Employee IDs: RICARDO BARCENAS. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No | Date<br>Reference | Amount | Gross<br>Soc_Sec<br>SDI<br>FUTA_ER | Tips<br>Medicare<br>PFL<br>SUI_ER | Garnishment<br>State<br>Soc_Sec_ER<br>St2_Unemp_ | Fed_Income<br>Local<br>Medicare_ER |
|---|---|---|---|---|---|---|
| RICARDO BARCENAS<br>RICARDO BARCENAS<br>[redacted] | 1/3/20<br>10753 | 900.55 | 253.30<br>-76.49<br>-0.60<br>-7.40 | 980.35<br>-17.89<br>-0.32<br>-27.14 | <br>-59.10<br>-76.49 | -137.98<br>-40.72<br>-17.89 |
| RICARDO BARCENAS<br>RICARDO BARCENAS<br>[redacted] | 1/3/20<br>10840 | 494.20 | 174.30<br>-38.57<br>-0.60<br>-3.73 | 447.72<br>-9.02<br>-0.22<br>-13.68 | <br>-21.85<br>-38.57 | -42.23<br>-15.33<br>-9.02 |
| RICARDO BARCENAS<br>RICARDO BARCENAS<br>[redacted] | 1/9/20<br>10806 | 733.05 | 225.20<br>-59.69<br>-0.60<br>-5.78 | 737.58<br>-13.96<br>-0.29<br>-21.18 | <br>-42.60<br>-59.69 | -83.12<br>-29.47<br>-13.96 |
| Total 1/1/20 thru 3/31/20 | | 2,127.80 | 652.80<br>-174.75<br>-1.80<br>-16.91 | 2,165.65<br>-40.87<br>-0.83<br>-62.00 | <br>-123.55<br>-174.75 | -263.33<br>-85.52<br>-40.87 |
| Report Date Total for<br>RICARDO BARCENAS | | 2,127.80 | 652.80<br>-174.75<br>-1.80<br>-16.91 | 2,165.65<br>-40.87<br>-0.83<br>-62.00 | <br>-123.55<br>-174.75 | -263.33<br>-85.52<br>-40.87 |
| YTD Total for<br>RICARDO BARCENAS | | 2,127.80 | 652.80<br>-174.75<br>-1.80<br>-16.91 | 2,165.65<br>-40.87<br>-0.83<br>-62.00 | <br>-123.55<br>-174.75 | -263.33<br>-85.52<br>-40.87 |
| Summary Total<br>1/1/20 thru 3/31/20 | | 2,127.80 | 652.80<br>-174.75<br>-1.80<br>-16.91 | 2,165.65<br>-40.87<br>-0.83<br>-62.00 | <br>-123.55<br>-174.75 | -263.33<br>-85.52<br>-40.87 |
| Report Date Final Total<br>1/1/20 thru 3/31/20 | | 2,127.80 | 652.80<br>-174.75<br>-1.80<br>-16.91 | 2,165.65<br>-40.87<br>-0.83<br>-62.00 | <br>-123.55<br>-174.75 | -263.33<br>-85.52<br>-40.87 |
| Final YTD Total | | 2,127.80 | 652.80<br>-174.75<br>-1.80<br>-16.91 | 2,165.65<br>-40.87<br>-0.83<br>-62.00 | <br>-123.55<br>-174.75 | -263.33<br>-85.52<br>-40.87 |

# Payroll Report

11/5/2019
12:41:59AM

**Lattanzi Restaurant**

***Mon 10/28/2019 - Sun 11/03/2019***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | Week 1 | [redacted] | | | | | | | | | | | |
| | | Total | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | Week 1 | [redacted] | | | | | | | | | | | |
| | | Total | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 10/28/2019 04:39 PM | 10/28/2019 10:19 PM | Server | 5.67 | 0.00 | $7.50 | 42.53 | 0.00 | 0.00 | 0.00 | 107.04 | 107.04 | 362.00 | 29.57% | 0.00 |
| 10/29/2019 04:00 PM | 10/29/2019 11:21 PM | Server | 7.35 | 0.00 | $7.50 | 55.13 | 0.00 | 0.00 | 0.00 | 383.10 | 383.10 | 1955.00 | 19.60% | 0.00 |
| 11/02/2019 04:02 PM | 11/03/2019 12:16 AM | Server | 8.23 | 0.00 | $7.50 | 61.73 | 0.00 | 0.00 | 0.00 | 419.70 | 419.70 | 2160.00 | 19.43% | 0.00 |
| | | **Week 1** | **21.25** | **0.00** | | **159.39** | **0.00** | **0.00** | **0.00** | **909.84** | **909.84** | **4477.00** | **20.32%** | |
| | | **Total** | **21.25** | **0.00** | | **159.39** | **0.00** | **0.00** | **0.00** | **909.84** | **909.84** | **4477.00** | **20.32%** | |
| | | Server | 21.25 | 0.00 | | | | | | | | | | |
| | | | **21.25** | **0.00** | | | | | | | | | | |

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 11/04/2019 04:08 PM | 11/04/2019 09:55 PM | Server | 5.78 | 0.00 | $7.50 | 43.35 | 0.00 | 19.95 | 0.00 | 303.34 | 323.29 | 1584.50 | 20.40% | 0.00 |
| 11/07/2019 04:03 PM | 11/07/2019 10:53 PM | Server | 6.83 | 0.00 | $7.50 | 51.23 | 0.00 | 0.00 | 0.00 | 567.65 | 567.65 | 2736.00 | 20.75% | 0.00 |
| 11/09/2019 04:07 PM | 11/09/2019 09:29 PM | Server | 5.37 | 0.00 | $7.50 | 40.28 | 0.00 | 0.00 | 0.00 | 219.81 | 219.81 | 1181.00 | 18.61% | 0.00 |
| 11/10/2019 04:03 PM | 11/10/2019 10:10 PM | Server | 6.12 | 0.00 | $7.50 | 45.90 | 0.00 | 0.00 | 0.00 | 527.80 | 527.80 | 2551.00 | 20.69% | 0.00 |
| | | **Week 1** | **24.10** | **0.00** | | **180.76** | **0.00** | **19.95** | **0.00** | **1618.60** | **1,638.55** | **8052.50** | **20.35%** | |
| | | **Total** | **24.10** | **0.00** | | **180.76** | **0.00** | **19.95** | **0.00** | **1618.60** | **1,638.55** | **8052.50** | **20.35%** | |
| | | Server | 24.10 | 0.00 | | | | | | | | | | |
| | | | **24.10** | **0.00** | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Server | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 11/11/2019 04:11 PM | 11/11/2019 09:46 PM | Server | 5.58 | 0.00 | $7.50 | 41.85 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 562.50 | 17.78% | 0.00 |
| 11/14/2019 04:06 PM | 11/14/2019 10:43 PM | Server | 6.62 | 0.00 | $7.50 | 49.65 | 0.00 | 0.00 | 0.00 | 539.49 | 539.49 | 2457.50 | 21.95% | 0.00 |
| 11/15/2019 04:04 PM | 11/15/2019 11:25 PM | Server | 7.35 | 0.00 | $7.50 | 55.13 | 0.00 | 28.00 | 0.00 | 490.40 | 518.40 | 2663.50 | 19.46% | 0.00 |
| 11/16/2019 04:04 PM | 11/16/2019 11:49 PM | Server | 7.75 | 0.00 | $7.50 | 58.13 | 0.00 | 0.00 | 0.00 | 270.76 | 270.76 | 1790.00 | 15.13% | 0.00 |
| 11/17/2019 04:03 PM | 11/17/2019 09:46 PM | Server | 5.72 | 0.00 | $7.50 | 42.90 | 0.00 | 24.70 | 0.00 | 370.66 | 395.36 | 1707.00 | 23.16% | 0.00 |
| | | **Week 1** | **33.02** | **0.00** | | **247.66** | **0.00** | **52.70** | **0.00** | **1771.31** | **1,824.01** | **9180.50** | **19.87%** | |
| | | **Total** | **33.02** | **0.00** | | **247.66** | **0.00** | **52.70** | **0.00** | **1771.31** | **1,824.01** | **9180.50** | **19.87%** | |
| | | Server | 33.02 | 0.00 | | | | | | | | | | |
| | | | **33.02** | **0.00** | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Server | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |

# Payroll Report

11/27/2019
4:19:29PM

Lattanzi Restaurant

***Mon 11/18/2019 - Sun 11/24/2019***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 11/18/2019 04:09 PM | 11/18/2019 09:43 PM | Server | 5.57 | 0.00 | $7.50 | 41.78 | 0.00 | 0.00 | 0.00 | 269.65 | 269.65 | 1256.50 | 21.46% | 0.00 |
| 11/22/2019 04:04 PM | 11/22/2019 10:31 PM | Server | 6.45 | 0.00 | $7.50 | 48.38 | 0.00 | 0.00 | 0.00 | 132.00 | 132.00 | 690.50 | 19.12% | 0.00 |
| 11/23/2019 04:05 PM | 11/24/2019 12:51 AM | Server | 8.77 | 0.00 | $7.50 | 65.78 | 0.00 | 57.60 | 0.00 | 292.00 | 349.60 | 1751.00 | 19.97% | 0.00 |
| 11/24/2019 04:10 PM | 11/24/2019 08:37 PM | Server | 4.45 | 0.00 | $7.50 | 33.38 | 0.00 | 0.00 | 0.00 | 260.00 | 260.00 | 1528.50 | 17.01% | 0.00 |
| | | **Week 1** | **25.24** | **0.00** | | **189.32** | **0.00** | **57.60** | **0.00** | **953.65** | **1,011.25** | **5226.50** | **19.35%** | |
| | | **Total** | **25.24** | **0.00** | | **189.32** | **0.00** | **57.60** | **0.00** | **953.65** | **1,011.25** | **5226.50** | **19.35%** | |
| | | Server | 25.24 | 0.00 | | | | | | | | | | |
| | | | **25.24** | **0.00** | | | | | | | | | | |

# Payroll Report

12/2/2019
11:58:02AM

Lattanzi Restaurant

***Mon 11/25/2019 - Sun 12/01/2019***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 11/25/2019 04:03 PM | 11/25/2019 09:40 PM | Server | 5.62 | 0.00 | $7.50 | 42.15 | 0.00 | 0.00 | 0.00 | 156.40 | 156.40 | 962.00 | 16.26% | 0.00 |
| 11/28/2019 03:49 PM | 11/28/2019 10:59 PM | Server | 7.17 | 0.00 | $7.50 | 53.78 | 0.00 | 0.00 | 0.00 | 282.16 | 282.16 | 1238.50 | 22.78% | 0.00 |
| 11/29/2019 04:03 PM | 11/29/2019 10:18 PM | Server | 6.25 | 0.00 | $7.50 | 46.88 | 0.00 | 0.00 | 0.00 | 328.00 | 328.00 | 1576.50 | 20.81% | 0.00 |
| 11/30/2019 04:03 PM | 11/30/2019 10:40 PM | Server | 6.62 | 0.00 | $7.50 | 49.65 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 | 1104.50 | 18.11% | 0.00 |
| | | **Week 1** | **25.66** | **0.00** | | **192.46** | **0.00** | **0.00** | **0.00** | **966.56** | **966.56** | **4881.50** | **19.80%** | |
| | | **Total** | **25.66** | **0.00** | | **192.46** | **0.00** | **0.00** | **0.00** | **966.56** | **966.56** | **4881.50** | **19.80%** | |
| | | Server | 25.66 | 0.00 | | | | | | | | | | |
| | | | **25.66** | **0.00** | | | | | | | | | | |



**DEF 0008**

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 12/02/2019 02:14 PM | 12/02/2019 10:09 PM | Server | 7.92 | 0.00 | $7.50 | 59.40 | 0.00 | 0.00 | 0.00 | 102.00 | 102.00 | 471.00 | 21.66% | 0.00 |
| 12/03/2019 04:03 PM | 12/03/2019 11:22 PM | Server | 7.32 | 0.00 | $7.50 | 54.90 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 | 790.00 | 20.25% | 0.00 |
| 12/06/2019 03:46 PM | 12/06/2019 11:02 PM | Server | 7.27 | 0.00 | $7.50 | 54.53 | 0.00 | 0.00 | 0.00 | 675.91 | 675.91 | 3787.50 | 17.85% | 0.00 |
| 12/07/2019 04:06 PM | 12/07/2019 10:56 PM | Server | 6.83 | 0.00 | $7.50 | 51.23 | 0.00 | 85.60 | 0.00 | 567.92 | 653.52 | 3226.00 | 20.26% | 0.00 |
| 12/08/2019 04:11 PM | 12/08/2019 10:31 PM | Server | 6.33 | 0.00 | $7.50 | 47.48 | 0.00 | 1005.00 | 0.00 | 50.20 | 1,055.20 | 6272.50 | 16.82% | 0.00 |
| | | **Week 1** | **35.67** | **0.00** | | **267.54** | **0.00** | **1090.60** | **0.00** | **1556.03** | **2,646.63** | **14547.00** | **18.19%** | |
| | | **Total** | **35.67** | **0.00** | | **267.54** | **0.00** | **1090.60** | **0.00** | **1556.03** | **2,646.63** | **14547.00** | **18.19%** | |
| | | Server | 35.67 | 0.00 | | | | | | | | | | |
| | | | **35.67** | **0.00** | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Server | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |

# Payroll Report

12/16/2019
11:25:32PM

**Lattanzi Restaurant**
***Mon 12/09/2019 - Sun 12/15/2019***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 12/11/2019 04:01 PM | 12/11/2019 11:06 PM | Server | 7.08 | 0.00 | $7.50 | 53.10 | 0.00 | 0.00 | 0.00 | 413.00 | 413.00 | 2433.00 | 16.97% | 0.00 |
| 12/15/2019 04:00 PM | 12/15/2019 10:32 PM | Server | 6.53 | 0.00 | $7.50 | 48.98 | 0.00 | 0.00 | 0.00 | 274.71 | 274.71 | 1749.50 | 15.70% | 0.00 |
| | | **Week 1** | **13.61** | **0.00** | | **102.08** | **0.00** | **0.00** | **0.00** | **687.71** | **687.71** | **4182.50** | **16.44%** | |
| | | **Total** | **13.61** | **0.00** | | **102.08** | **0.00** | **0.00** | **0.00** | **687.71** | **687.71** | **4182.50** | **16.44%** | |
| | | Server | 13.61 | 0.00 | | | | | | | | | | |
| | | | **13.61** | **0.00** | | | | | | | | | | |



DEF 0010

# Payroll Report

12/23/2019
1:17:46PM

**Lattanzi Restaurant**

***Mon 12/16/2019 - Sun 12/22/2019***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | Week 1 | [redacted] | | | | | | | | | | | |
| | | Total | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | Week 1 | [redacted] | | | | | | | | | | | |
| | | Total | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 12/16/2019 04:07 PM | 12/16/2019 10:18 PM | Server | 6.18 | 0.00 | $7.50 | 46.35 | 0.00 | 0.00 | 0.00 | 337.81 | 337.81 | 2351.50 | 14.37% | 0.00 |
| 12/21/2019 04:03 PM | 12/22/2019 12:27 AM | Server | 8.40 | 0.00 | $7.50 | 63.00 | 0.00 | 0.00 | 0.00 | 352.00 | 352.00 | 2616.50 | 13.45% | 0.00 |
| 12/22/2019 04:04 PM | 12/22/2019 09:39 PM | Server | 5.58 | 0.00 | $7.50 | 41.85 | 0.00 | 0.00 | 0.00 | 252.02 | 252.02 | 1588.00 | 15.87% | 0.00 |
| | | **Week 1** | **20.16** | **0.00** | | **151.20** | **0.00** | **0.00** | **0.00** | **941.83** | **941.83** | **6556.00** | **14.37%** | |
| | | **Total** | **20.16** | **0.00** | | **151.20** | **0.00** | **0.00** | **0.00** | **941.83** | **941.83** | **6556.00** | **14.37%** | |
| | | Server | 20.16 | 0.00 | | | | | | | | | | |
| | | | **20.16** | **0.00** | | | | | | | | | | |



**DEF 0011**

# Payroll Report

12/30/2019
11:18:45AM

Lattanzi Restaurant

***Mon 12/23/2019 - Sun 12/29/2019***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 12/23/2019 04:09 PM | 12/23/2019 10:27 PM | Server | 6.30 | 0.00 | $7.50 | 47.25 | 0.00 | 0.00 | 0.00 | 721.74 | 721.74 | 3740.00 | 19.30% | 0.00 |
| 12/27/2019 04:06 PM | 12/27/2019 10:49 PM | Server | 6.72 | 0.00 | $7.50 | 50.40 | 0.00 | 0.00 | 0.00 | 405.00 | 405.00 | 2123.00 | 19.08% | 0.00 |
| 12/28/2019 04:10 PM | 12/28/2019 10:27 PM | Server | 6.28 | 0.00 | $7.50 | 47.10 | 0.00 | 0.00 | 0.00 | 329.00 | 329.00 | 2201.00 | 14.95% | 0.00 |
| 12/29/2019 04:03 PM | 12/29/2019 10:05 PM | Server | 6.03 | 0.00 | $7.50 | 45.23 | 0.00 | 0.00 | 0.00 | 559.21 | 559.21 | 2730.00 | 20.48% | 0.00 |
| | | **Week 1** | **25.33** | **0.00** | | **189.98** | **0.00** | **0.00** | **0.00** | **2014.95** | **2,014.95** | **10794.00** | **18.67%** | |
| | | **Total** | **25.33** | **0.00** | | **189.98** | **0.00** | **0.00** | **0.00** | **2014.95** | **2,014.95** | **10794.00** | **18.67%** | |
| | | Server | 25.33 | 0.00 | | | | | | | | | | |
| | | | **25.33** | **0.00** | | | | | | | | | | |

# Payroll Report

1/6/2020
2:22:10PM

Lattanzi Restaurant

***Mon 12/30/2019 - Sun 01/05/2020***

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| | | **Week 1** | [redacted] | | | | | | | | | | | |
| | | **Total** | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 12/30/2019 04:39 PM | 12/30/2019 10:22 PM | Server | 5.72 | 0.00 | $7.50 | 42.90 | 0.00 | 49.60 | 0.00 | 551.00 | 600.60 | 3188.50 | 18.84% | 0.00 |
| 12/31/2019 04:10 PM | 12/31/2019 08:50 PM | Server | 4.67 | 0.00 | $7.50 | 35.03 | 0.00 | 0.00 | 0.00 | 205.00 | 205.00 | 1175.50 | 17.44% | 0.00 |
| 01/04/2020 04:06 PM | 01/04/2020 10:48 PM | Server | 6.70 | 0.00 | $7.50 | 50.25 | 0.00 | 51.30 | 0.00 | 374.16 | 425.46 | 2205.00 | 19.30% | 0.00 |
| 01/05/2020 04:09 PM | 01/05/2020 09:35 PM | Server | 5.43 | 0.00 | $7.50 | 40.73 | 0.00 | 128.80 | 0.00 | 367.04 | 495.84 | 2068.50 | 23.97% | 0.00 |
| | | **Week 1** | **22.52** | **0.00** | | **168.91** | **0.00** | **229.70** | **0.00** | **1497.20** | **1,726.90** | **8637.50** | **19.99%** | |
| | | **Total** | **22.52** | **0.00** | | **168.91** | **0.00** | **229.70** | **0.00** | **1497.20** | **1,726.90** | **8637.50** | **19.99%** | |
| | | Server | 22.52 | 0.00 | | | | | | | | | | |
| | | | **22.52** | **0.00** | | | | | | | | | | |

# Payroll Report

1/13/2020
10:32:48AM

**Lattanzi Restaurant**
*Mon 01/06/2020 - Sun 01/12/2020*

| InTime | OutTime | LaborType | Reg Hrs | OT Hrs | Rate | Amt | Comp | Grat | Tips | CC Tips | TtlTips | Sales | %Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | |
| Emp#: [redacted] | | | | | | | | | | | | | | |
| | | Week 1 | [redacted] | | | | | | | | | | | |
| | | Total | [redacted] | | | | | | | | | | | |
| | | Bus Boy | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | |
| Emp#: [redacted] | | | | | | | | | | | | | | |
| | | Week 1 | [redacted] | | | | | | | | | | | |
| | | Total | [redacted] | | | | | | | | | | | |
| | | Dishwasher | [redacted] | | | | | | | | | | | |
| | | | [redacted] | | | | | | | | | | | |
| **BARCENAS, RICARDO** | | | | | | | | | | | | | | |
| Emp#: | | | | | | | | | | | | | | |
| 01/06/2020 04:17 PM | 01/06/2020 09:25 PM | Server | 5.13 | 0.00 | $7.50 | 38.48 | 0.00 | 0.00 | 0.00 | 356.11 | 356.11 | 1747.50 | 20.38% | 0.00 |
| 01/09/2020 04:05 PM | 01/09/2020 09:20 PM | Server | 5.25 | 0.00 | $7.50 | 39.38 | 0.00 | 0.00 | 0.00 | 419.04 | 419.04 | 2309.00 | 18.15% | 0.00 |
| 01/10/2020 04:05 PM | 01/10/2020 10:21 PM | Server | 6.27 | 0.00 | $7.50 | 47.03 | 0.00 | 0.00 | 0.00 | 428.00 | 428.00 | 2086.00 | 20.52% | 0.00 |
| 01/11/2020 04:07 PM | 01/11/2020 04:54 PM | Server | 0.78 | 0.00 | $7.50 | 5.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 |
| | | **Week 1** | **17.43** | **0.00** | | **130.74** | **0.00** | **0.00** | **0.00** | **1203.15** | **1,203.15** | **6142.50** | **19.59%** | |
| | | **Total** | **17.43** | **0.00** | | **130.74** | **0.00** | **0.00** | **0.00** | **1203.15** | **1,203.15** | **6142.50** | **19.59%** | |
| | | Server | 17.43 | 0.00 | | | | | | | | | | |
| | | | **17.43** | **0.00** | | | | | | | | | | |