```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
RICARDO BARCENAS,                             :
                              Plaintiff,      :
                                              :        20 Civ. 1924 (LGS)
              -against-                       :
                                              :           ORDER
ERMINIA RESTAURANT CORP., et al.,             :
                              Defendants.     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 11, 2020, Plaintiff filed a motion for conditional certification of a Fair Labor Standards Act ("FLSA") collective (the "Motion for Conditional Certification"). Dkt No. 33.

WHEREAS, on November 5, 2020, the Court issued an Order scheduling a motion conference for December 17, 2020, to issue an oral opinion on Plaintiff's Motion for Conditional Certification.  Dkt. No. 31.

WHEREAS, on December 8, 2020, the parties filed a joint letter and accompanying stipulation, stipulating to conditional certification (Dkt. No. 39), and on December 9, 2020, the Court issued an Order granting conditional certification of Plaintiff's claims pursuant to FLSA as a representative collective action pursuant to 29 U.S.C. § 216(b) on behalf of certain Covered Employees (Dkt. No. 40).  It is hereby,

**ORDERED** that the December 17, 2020, motion conference is **CANCELLED**.

Dated: December 11, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE