# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

February 10, 2021

**Via ECF:**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Barcenas v. Erminia Restaurant Corp. et al*
Case No. 20-cv-01924-LGS

Dear Judge Schofield:

We are counsel for Plaintiff in the above-referenced action. We write, jointly with counsel for Defendants, to inform the Court that the parties have agreed to engage in a private mediation for a class-wide settlement with the mediator, Steven Sonnenberg, on March 16, 2021.

As the scheduled mediation will take place after the parties' discovery deadline of February 26, 2021 for individual Plaintiff, the parties respectfully request a stay in the above-referenced action and an adjournment of all dates and discovery deadlines *sine die*.

By March 23, 2021, one week after the scheduled mediation, the parties will provide a status update informing the Court if the parties were able to settle or the parties will provide a revised discovery schedule.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

The application is **DENIED**.  The Court generally does not stay discovery pending mediation or settlement discussions.  By **March 23, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2., which shall also provide an update as to the parties' settlement discussions.  This March 23, 2021, status letter shall be in lieu of the status letter due on March 11, 2021, pursuant to the Amended Civil Case Management Plan and Scheduling Order at Docket No. 47.

So Ordered.

Dated: February 11, 2021
  New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE