# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

April 1, 2021

**<u>Via ECF</u>**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Barcenas v. Erminia Restaurant Corp. et al.*
<u>Case No. 20-cv-01924</u>

Dear Judge Schofield:

I am counsel to Plaintiff in this matter. Per Your Honor's Order of March 25, 2021 (Docket No. 59), I write to respond to the Court's questions:

1. Plaintiff Barcenas participated in the mediation and agrees to the class settlement.
2. Opt-in Claimant Alvino Mancilla did not participate in the mediation but agrees to the class settlement.
3. Despite texting, emailing, and calling Opt-in Clamant Ismael Nikiema, we have not been able to reach him.

It has been our experience that frequently opt-in claimants are hard to reach. Such has been the case with Mr. Nikiema where, despite our efforts to reach him by text, email and calling, he has been unresponsive. Moreover, since his Consent to Sue form states that his employment was in 2017, he may not be a qualified collective member due to the expiration of the federal statute of limitations period.

If the Court were to consent to the dismissal without prejudice, Mr. Nikiema's claims would not be in any way prejudiced as he would still be able to participate in the class, and opt out or object, if he wishes. As such, the parties jointly request that the Court dismiss this action without prejudice based on the rationale provided in our letter of March 23, 2021 (Docket No. 56) to the Court.

Respectfully submitted,

<u>*/s/ C.K. Lee*</u>
C.K. Lee, Esq.

cc: all parties via ECF

# Lee Litigation Group, PLLC

148 W. 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com